PER CURIAM.
Affirmed. See Johnson v. State, 60 So.3d 1045 (Fla. 2011); McDonald v. State, 133 So.3d 530 (Fla. 2d DCA 2013); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Sweet v. State, 987 So.2d 747 (Fla. 2d DCA 2008); Blocker v. State, 968 So.2d 686 (Fla. 2d DCA 2007); Waiter v. State, 965 So.2d 861 (Fla. 2d DCA 2007); Shortridge v. State, 884 So.2d 321 (Fla. 2d DCA 2004); Anderson v. State, 779 So.2d 345 (Fla. 2d DCA 2000); Haynes v. State, 106 So.3d 481 (Fla. 5th DCA 2013); Paul v. State, 830 So.2d 953 (Fla. 5th DCA 2002).
WALLACE, SALARIO, and BADALAMENTI, JJ., Concur.